IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBIN SHEARER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN | : | NO. 12-4774 |

ORDER

AND NOW, this 8th day of January, 2014, after review of the Report and Recommendation of Carol Sandra Moore Wells, Chief United States Magistrate Judge, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. This case is REMANDED to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), so that the Administrative Law Judge can include plaintiff's mild limitation in concentration, persistence or pace in the residual functional capacity ("RFC") assessment and in any hypothetical question posed to the VE and consider plaintiff's obesity in his RFC assessment and throughout the sequential evaluation process; and,

3. This case is CLOSED.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.